UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JONES,<br><br>            Petitioner,<br><br>            v.<br><br>MR. FIGUEROA, WARDEN,<br><br>            Respondents. | CASE NO. ED CV 16-181-VAP (PJW)<br><br>[~~PROPOSED~~] ORDER DISMISSING SECOND AND SUCCESSIVE HABEAS CORPUS PETITION |

Before the Court is Petitioner's fourth attempt to challenge his 1999 state conviction and sentence for bank robbery and false imprisonment with use of a firearm. In 2003, he filed a habeas corpus petition, which was denied because it was untimely. (*Jones v. Pliler*, ED CV 03-1540-RGK (MAN), September 2, 2004 Order Adopting Report and Recommendation of United States Magistrate Judge.) This constituted a decision on the merits. *See McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009). Petitioner attempted to appeal the dismissal, but his request for a certificate of appealability was denied by this Court and the Ninth Circuit Court of Appeals.

In March 2011, he filed a new habeas petition, which was dismissed as an unauthorized second or successive petition. (*Jones v.*

*McDonald*, ED CV 11-477-VAP (MAN), March 31, 2011 Order.) Petitioner did not appeal that decision. In December 2015, he filed a third petition, which was again dismissed as an unauthorized second or successive petition. (*Jones v. Figueroa*, ED CV 15-2494-VAP (PJW), December 15, 2015 Order.) Petitioner did not appeal that decision either.

The current Petition is also subject to dismissal as being second and successive. *See* 28 U.S.C. § 2244. Absent an order from the appellate court, this Court does not have jurisdiction to entertain a second or successive petition. *See* 28 U.S.C. § 2244(b)(3)(A); *Burton v. Stewart*, 549 U.S. 147, 157 (2007). For this reason, the Petition is dismissed.

Further, the Court finds that, because Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling, he is not entitled to a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: February 10, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\_194_ED16CV-00181VAP(PJW)-JONES-Order Dismissing Second and Successive Habeas Corpus Petition.wpd