JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PHILLIP JONES, | ) CASE NO. ED CV 16-181-VAP (PJW) |
|---|---|
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| MR. FIGUEROA, WARDEN, | ) |
| Respondents. | ) |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 10, 2016.

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\_194_ED16CV-00181VAP(PJW)-JONES-Judgment.wpd